# Exhibit A: Plaintiff Copyright Registrations

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0008629478 / 2018-05-15

Application Title: ALL SUMMER LONG.

Title:              ALL SUMMER LONG.

Description:        Book, 170 p.

Copyright Claimant:
                    Hope Larson.

Date of Creation:   2018

Date of Publication:
                    2018-04-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Hope Larson; Domicile: United States. Authorship: text,
                       artwork.

Rights and Permissions:
                    Macmillan Children's Publishing Group, Attn: Permissions
                       Manager, 175 Fifth Avenue, New York, NY, 10010, United
                       States

Names:              Larson, Hope
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0006879805 / 2008-09-11

Application Title: Chiggers.

Title:              Chiggers.

Description:        Book, 170p.

Copyright Claimant:
                    Hope Larson

Date of Creation:   2008

Date of Publication:
                    2008-06-17

Nation of First Publication:
                    United States

Authorship on Application:
                    Hope Larson; Citizenship: United States. Authorship: text,
                       artwork.

Rights and Permissions:
                    To whom it may concern, Simon & Schuster, Simon & Schuster,
                       Inc.-17th Floor, 1230 Avenue of the Americas, New York,
                       NY, 10020

ISBN:               1416935843

Names:              Larson, Hope
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002097201 / 2017-07-13

Application Title: Chester 5000 XYV, Book 2: Isabelle & George HC.

Title:             Chester 5000 XYV, Book 2: Isabelle & George HC.

Description:       Book, 180 p.

Copyright Claimant:
                   Jessica Fink.

Date of Creation:  2016

Date of Publication:
                   2016-05-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Jessica Fink; Domicile: United States. Authorship: 2-D
                      artwork, Text.

Names:             Fink, Jessica
                   Fink, Jess
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001911930 / 2014-04-08

Application Title: Anouk, et al.

Title:             Anouk.

Appears in:        Fashion Gone Rogue, Nov 12, 2013

Description:       Electronic file (eService)

Copyright Claimant:
                   Jingna Zhang, 1988-  .

Date of Creation:  2013

Date of Publication:
                   2013-02-17

Nation of First Publication:
                   United States

Authorship on Application:
                   Jingna Zhang, 1988-  ;  Citizenship: Singapore. Authorship:
                      photograph(s)

Rights and Permissions:
                   Jingna Zhang, info@zhangjingna.com

Names:             Zhang, Jingna, 1988-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0001917341 / 2014-06-09

Application Title: Motherland Chronicles.

Title:              Motherland Chronicles.

Description:        Electronic file (eService)

Copyright Claimant:
                    Jingna Zhang, 1988-  .

Date of Creation:   2013

Date of Publication:
                    2013-02-04

Nation of First Publication:
                    United States

Authorship on Application:
                    Jingna Zhang, 1988-  ;  Citizenship: Singapore. Authorship:
                       photograph(s), 2-D artwork.

Rights and Permissions:
                    Jingna Zhang, info@zhangjingna.com

Names:              Zhang, Jingna, 1988-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0009082399 / 2021-01-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                      Calendar.

Title:              Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                      Calendar.

Description:        Book.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2020

Date of Publication:
                    2020-06-30

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                      artwork, compilation of previously published art with
                      accompanying text; some new art.

Pre-existing Material:
                    previously published art with accompanying text.

Basis of Claim:     artwork, compilation of previously published art with
                      accompanying text; some new art.

ISBN:               9781524857677

Names:              Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:      Text

Registration Number / Date:
                   TX0008207926 / 2015-12-10

Application Title: Adulthood Is a Myth: A Sarah's Scribbles Collection.

Title:             Adulthood Is a Myth: A Sarah's Scribbles Collection.

Description:       Book.

Copyright Claimant:
                   Sarah Andersen.

Date of Creation:  2015

Date of Publication:
                   2015-12-08

Nation of First Publication:
                   United States

Authorship on Application:
                   Sarah Andersen; Citizenship: United States. Authorship:
                      text, artwork.

Pre-existing Material:
                   Some cartoons previously appeared on author's website.

Basis of Claim:    text, artwork.

ISBN:              9781449474195

Names:             Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0008493928 / 2017-01-09

Application Title: Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Title:              Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Description:        Book, 125 p.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2016

Date of Publication:
                    2016-12-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

Copyright Note:     Basis for Registration: Collective work

ISBN:               9781449479619

Names:              Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0008564573 / 2018-02-12

Application Title: Herding Cats: A Sarah's Scribbles Collection.

Title:               Herding Cats: A Sarah's Scribbles Collection.

Description:         Book, 108 p.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2018

Date of Publication:
                     2018-01-16

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork, Curated and themed collection of cartoons
                        previously published online.

Pre-existing Material:
                     Some cartoons previously published online.

Basis of Claim:      text, artwork, Curated and themed collection of cartoons
                        previously published online.

ISBN:                9781449489786

Names:               Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0009153980 / 2022-02-16

Application Title: Oddball: A Sarah?s Scribbles Collection.

Title:              Oddball: A Sarah?s Scribbles Collection.

Description:        Book, 105 p.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:   2021

Date of Publication:
                    2021-12-07

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

Copyright Note:     Basis for Registration: Collective work

ISBN:               9781449489793

Names:              Andersen, Sarah
```