AO 121 (Rev. 06/16)  CAND version 09/21

| TO: **See below for e-filing instructions.** Register of Copyrights U.S. Copyright Office 101 Independence Ave. S.E. Washington, D.C. 20559-6000 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION |
|---|---|
| **DOCKET NO.** 3:24-02531 | **DATE FILED** 4/26/2024 | |
| **PLAINTIFF** Jingna Zhang, an individual; Sarah Andersen, an individual; Hope Larson, an individual; and Jessica Fink, an individual | **DEFENDANT** Google LLC, a Delaware limited liability company; and Alphabet Inc., a Delaware corporation |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHMENT A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

E-FILING INSTRUCTIONS: Please fill out, save and e-file in CM/ECF under Other Filings > Other Documents > Copyright for the appropriate stage of your case:
1) Initiation of action: Attorney e-files Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
2) Adding copyright(s): Attorney e-files updated Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint.
3) Termination of action: Court staff completes closing section of Copyright form and e-files.;
4) Appeal: Do not use the Copyright form. Attorney to e-file the appropriate appeal notice.

## Attachment A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| TX0008629478 | ALL SUMMER LONG | Hope Larson |
| TX0006879805 | Chiggers | Hope Larson |
| VA0002097201 | Chester 5000 XYV, Book 2: Isabelle & George HC | Jessica Fink |
| VA0001911930 | Anouk, et al | Jingna Zhang |
| VA0001917341 | Motherland Chronicles | Jingna Zhang |
| TX0009082399 | Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall Calendar | Sarah Andersen |
| TX0008207926 | Adulthood Is a Myth: A Sarah's Scribbles Collection | Sarah Andersen |
| TX0008493928 | Big Mushy Happy Lump: A Sarah's Scribbles Collection | Sarah Andersen |
| TX0008564573 | Herding Cats: A Sarah's Scribbles Collection | Sarah Andersen |
| TX0009153980 | Oddball: A Sarah's Scribbles Collection | Sarah Andersen |