1
2
3
4
5

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:       jsaveri@saverilawfirm.com

6
7
8
9

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:       mb@buttericklaw.com

10
11
12
13
14

Laura M. Matson (*pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
Email:       lmmatson@locklaw.com

15
16

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

17
18
19

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

20
21
22
23
24
25

Jingna Zhang, et al.,

     *Individual and Representative Plaintiffs*,

    v.

Google LLC, a Delaware limited liability company; and
Alphabet Inc., a Delaware corporation;

     *Defendants*.

Case No. 5:24-cv-02531-EJD

**PROOF OF SERVICE OF SUMMONS
ON GOOGLE LLC**

26
27
28

Case No. 5:24-cv-02531-EJD

PROOF OF SERVICE OF SUMMONS ON GOOGLE LLC

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Joseph Saveri Law Firm, LLP<br>Joseph Saveri SBN 130064<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>　　　TELEPHONE NO: 415-500-6800　　FAX NO *(Optional)*:<br>　E-MAIL ADDRESS *(Optional)*: jsaveri@saverilawfirm.com<br>　ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Jose<br>280 S. First St. #2112<br>San Jose, CA  95113-3008 | |

| PLAINTIFF / PETITIONER: Jingna Zhang, et al.<br>DEFENDANT / RESPONDENT: Google LLC, et al. | CASE NUMBER:<br>3:24-cv-02531-EJD |
|---|---|
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>10963988 (22794964) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Exhibit A to Complaint, Exhibit B to Complaint, Civil Case Cover Sheet, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright , Plaintiffs' Certification of Interested Entities or Persons Pursuant to Civil L.R. 3-15, Notice of Case Assignment, Order Setting Initial Case Management Conference and ADR Deadlines , Notice of Eligibility for Video Recording, Standing Order for Civil Cases Judge DaVila, Standing Order for All Judges of the Northern District of California , ECF Registration Information, Notice of Availability of Magistrate Judge to Exercise Jurisdiction , Waiver of the Service of Summons, Notice of a Lawsuit and Request to Waive Service of Summons

2. Party Served: Google LLC, a Delaware limited liability company

3. Person Served: CSC Lawyers Incorporating Service - Nicole Stauss - Authorized Agent

4. Date & Time of Delivery: May 1, 2024 at 1:30 pm PDT

5. Address, City and State: 2710 Gateway Oaks Dr Suite 150N Sacramento, CA, 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Tyler Di Maria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Tyler Di Maria

Date: May 1, 2024

**PROOF OF SERVICE**