Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:      jsaveri@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:      mb@buttericklaw.com

Laura M. Matson *(pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
Email:      lmmatson@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Jingna Zhang, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>    v.<br><br>Google LLC, a Delaware limited liability company; and Alphabet Inc., a Delaware corporation;<br><br>    *Defendants*. | Case No. 5:24-cv-02531-EJD<br><br>**PROOF OF SERVICE OF SUMMONS ON ALPHABET INC.** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Joseph Saveri Law Firm, LLP<br>Joseph Saveri SBN 130064<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>TELEPHONE NO: 415-500-6800   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: jsaveri@saverilawfirm.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Jose<br>280 S. First St. #2112<br>San Jose, CA  95113-3008 | |
| PLAINTIFF / PETITIONER:   Jingna Zhang, et al.<br>DEFENDANT / RESPONDENT:   Google LLC, et al. | CASE NUMBER:<br>5:24-cv-02531-EJD |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>10964708 (22795914) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Exhibit A- Complaint, Exhibit B-Complaint, Civil Case Cover Sheet, Report re Copyright Infringement, Plaintiffs' Certification of Interested Entities Or Persons Pursuant To Civil L.R. 3-15, Notice of Case Assignment, Order Setting Initial Case Management Conference And ADR Deadlines, Notice of Eligibility for Video Recording, Standing Order for Civil Cases, Standing Order For All Judges Of The Northern District Of California, ECF Registration Information, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Notice Of A Lawsuit And Request to Waive Service Of A Summons To:, Waiver of Service of Summons

2. Party Served:   Alphabet Inc., a Delaware Corporation

3. Person Served:   CSC Lawyers Incorporating Service - Nicole Stauss - Authorized Agent

4. Date & Time of Delivery:   May 2, 2024 at 1:46 pm PDT

5. Address, City and State:   2710 Gateway Oaks Dr Sacramento, CA, 95833

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Tyler Di Maria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Tyler Di Maria*
Tyler Di Maria

Date: May 2, 2024