1   DAVID H. KRAMER, SBN 168452
    Email: dkramer@wsgr.com
2   MAURA L. REES, SBN 191698
    Email: mrees@wsgr.com
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   650 Page Mill Road
    Palo Alto, CA 94304-1050
5   Telephone: (650) 493-9300

6   ERIC P. TUTTLE, SBN 248440
    Email: eric.tuttle@wsgr.com
7   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
8   701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036
9   Telephone: (206) 883-2500

10  *Counsel for Defendants*
    GOOGLE LLC and ALPHABET INC.

JOSEPH R. SAVERI, SBN 130064
Email: jsaveri@saverilawfirm.com
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800

MATTHEW BUTTERICK, SBN 250953
Email: mb@buttericklaw.com
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632

LAURA M. MATSON (*pro hac vjce pending*)
Email: lmmatson@locklaw.com
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue, South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

11
                                        *Counsel for Individual and Representative*
                                        *Plaintiffs and the Proposed Classes*
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17  JINGNA ZHANG, an individual; SARAH            )  CASE NO.: 5:24-cv-02531-EJD
    ANDERSEN, an individual; HOPE LARSON, an      )
18  individual; and JESSICA FINK, an individual,  )  **STIPULATION AND [PROPOSED]**
                                                  )  **ORDER TO SET TIME FOR**
19              Individual and Representative      )  **RESPONSE TO COMPLAINT AND**
                Plaintiffs,                        )  **BRIEFING SCHEDULE FOR ANY**
20                                                )  **MOTION TO DISMISS**
         v.                                       )
21                                                )  Judge: Hon. Edward J. Davila
    GOOGLE LLC and ALPHABET INC.,                 )
22                                                )
                Defendants.                        )
23                                                )
                                                  )
24  _____ )

25

26

27

28

Defendants Google LLC and Alphabet Inc. ("Defendants") and Plaintiffs Jingna Zhang, Sarah Andersen, Hope Larson, and Jessica Fink ("Plaintiffs") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action on April 26, 2024 (ECF No. 1);

WHEREAS, the Parties have conferred on a schedule for Defendants' response to the Complaint and a briefing schedule for any motion to dismiss, for which they agree there is good cause;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the Parties have stipulated that Defendants' response to Plaintiffs' Complaint shall be due on or before June 20, 2024; and

WHEREAS, pursuant to Civil Local Rules 6-2 and 7-12, the Parties have agreed that, subject to this Court's approval, Plaintiffs' opposition to any motion to dismiss shall be filed on or before July 18, 2024, and Defendants' papers in reply shall be filed on or before August 1, 2024;

NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2 and 7-12, and with Defendants and Plaintiffs reserving all rights and defenses, the Parties respectfully ask the Court to enter the proposed order set forth below.

1                                  Respectfully submitted,

2   Dated:  May 13, 2024            WILSON SONSINI GOODRICH & ROSATI

3                                 Professional Corporation

4                             By:  */s/ David H. Kramer*

5                                David H. Kramer

6                         David H. Kramer, SBN 168452
                               dkramer@wsgr.com

7                         Maura L. Rees, SBN 191698
                               mrees@wsgr.com

8                         WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation

9                         650 Page Mill Road
                               Palo Alto, CA 94304-1050

10                        Telephone:  (650) 493-9300

11                        Eric P. Tuttle, SBN 248440

12                       eric.tuttle@wsgr.com
                         WILSON SONSINI GOODRICH & ROSATI

13                       Professional Corporation
                       701 Fifth Avenue, Suite 5100

14                       Seattle, WA 98104-7036
                       Telephone:  (206) 883-2500

15

16                       *Counsel for Defendants*
                       GOOGLE LLC and ALPHABET INC.

17

18   Dated:  May 13, 2024            JOSEPH SAVERI LAW FIRM, LLP

19                           By:  */s/ Christopher K.L. Young*

20                              Christopher K.L. Young

21                       Joseph R. Saveri, SBN 130064
                       jsaveri@saverlawfirm.com

22                       Cadio Zirpoli, SBN 179108
                       czirpoli@saverilawfirm.com

23                       Christopher K. L. Young, SBN 318371
                       cyoung@saverilawfirm.com

24

25

26

27

28

1    Elissa Buchanan, SBN 249996
2    eabuchanan@saverilawfirm.com
     JOSEPH SAVERI LAW FIRM, LLP
3    601 California Street, Suite 1505
     San Francisco, CA 94108
4    Telephone:  (415) 500-6800

5    Matthew Butterick, SBN 250953
     mb@butoricklaw.com
6    1920 Hillhurst Avenue, #406
     Los Angeles, CA 90027
7    Telephone:  (323) 968-2632

8    Brian D. Clark (*pro hac vice pending*)
9    bdclark@locklaw.com
     Laura M. Matson (*pro hac vice pending*)
10   lmmatson@locklaw.com
     Arielle S. Wagner (*pro hac vice pending*)
11   aswagner@locklaw.com
     Eura Chang (*pro hac vice pending*)
12   echang@locklaw.com
     LOCKRIDGE GRINDAL NAUEN PLLP
13   100 Washington Avenue South, Suite 2200
     Minneapolis, MN 55401
14   Telephone:  (612) 339-6900

15
16   *Counsel for Individual and Representative Plaintiffs
     and the Proposed Classes*
17

18                   **SIGNATURE ATTESTATION**

19        I, David H. Kramer, am the ECF User whose ID and password are being used to file this

20   document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence

21   in the filing of this document has been obtained from the other signatory.

22                        By:  */s/ David H. Kramer*
                               David H. Kramer
23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1.      Plaintiffs' response to any motion to dismiss filed by the response deadline of June 20, 2024 shall be due on or before July 18, 2024.

2.      Defendants' reply in support of any motion to dismiss shall be due on or before August 1, 2024.

Dated: _____, 2024

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE