| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendants*<br>GOOGLE LLC and ALPHABET INC. | JOSEPH R. SAVERI, SBN 130064<br>Email: jsaveri@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br><br>MATTHEW BUTTERICK, SBN 250953<br>Email: mb@buttericklaw.com<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br><br>LAURA M. MATSON (*pro hac vjce pending*)<br>Email: lmmatson@locklaw.com<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue, South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JINGNA ZHANG, an individual; SARAH ANDERSEN, an individual; HOPE LARSON, an individual; and JESSICA FINK, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | CASE NO.: 5:24-cv-02531-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET TIME FOR RESPONSE TO COMPLAINT AND BRIEFING SCHEDULE FOR ANY MOTION TO DISMISS**<br><br>Judge: Hon. Edward J. Davila |

1  Defendants Google LLC and Alphabet Inc. ("Defendants") and Plaintiffs Jingna Zhang,
2  Sarah Andersen, Hope Larson, and Jessica Fink ("Plaintiffs") (collectively, "the Parties"), by and
3  through their respective counsel of record, hereby stipulate as follows:

4  WHEREAS, Plaintiffs filed this action on April 26, 2024 (ECF No. 1);

5  WHEREAS, the Parties have conferred on a schedule for Defendants' response to the
6  Complaint and a briefing schedule for any motion to dismiss, for which they agree there is good
7  cause;

8  WHEREAS, pursuant to Civil Local Rule 6-1(a), the Parties have stipulated that
9  Defendants' response to Plaintiffs' Complaint shall be due on or before June 20, 2024; and

10  WHEREAS, pursuant to Civil Local Rules 6-2 and 7-12, the Parties have agreed that,
11  subject to this Court's approval, Plaintiffs' opposition to any motion to dismiss shall be filed on or
12  before July 18, 2024, and Defendants' papers in reply shall be filed on or before August 1, 2024;

13  NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2
14  and 7-12, and with Defendants and Plaintiffs reserving all rights and defenses, the Parties
15  respectfully ask the Court to enter the proposed order set forth below.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: May 13, 2024 | WILSON SONSINI GOODRICH & ROSATI |
| 3 |  | Professional Corporation |

Dated: May 13, 2024          WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation

                             By:  */s/ David H. Kramer*
                                     David H. Kramer

                                 David H. Kramer, SBN 168452
                                 dkramer@wsgr.com
                                 Maura L. Rees, SBN 191698
                                 mrees@wsgr.com
                                 WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation
                                 650 Page Mill Road
                                 Palo Alto, CA 94304-1050
                                 Telephone: (650) 493-9300

                                 Eric P. Tuttle, SBN 248440
                                 eric.tuttle@wsgr.com
                                 WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation
                                 701 Fifth Avenue, Suite 5100
                                 Seattle, WA 98104-7036
                                 Telephone: (206) 883-2500

                             *Counsel for Defendants*
                             GOOGLE LLC and ALPHABET INC.

Dated: May 13, 2024          JOSEPH SAVERI LAW FIRM, LLP

                             By:  */s/ Christopher K.L. Young*
                                     Christopher K.L. Young

                                 Joseph R. Saveri, SBN 130064
                                 jsaveri@saverlawfirm.com
                                 Cadio Zirpoli, SBN 179108
                                 czirpoli@saverilawfirm.com
                                 Christopher K. L. Young, SBN 318371
                                 cyoung@saverilawfirm.com

Elissa Buchanan, SBN 249996
eabuchanan@saverilawfirm.com
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800

Matthew Butterick, SBN 250953
mb@buttericklaw.com
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632

Brian D. Clark (*pro hac vice pending*)
bdclark@locklaw.com
Laura M. Matson (*pro hac vice pending*)
lmmatson@locklaw.com
Arielle S. Wagner (*pro hac vice pending*)
aswagner@locklaw.com
Eura Chang (*pro hac vice pending*)
echang@locklaw.com
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

*Counsel for Individual and Representative Plaintiffs and the Proposed Classes*

## SIGNATURE ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ David H. Kramer*
        David H. Kramer

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Plaintiffs' response to any motion to dismiss filed by the response deadline of June 20, 2024 shall be due on or before July 18, 2024.

2. Defendants' reply in support of any motion to dismiss shall be due on or before August 1, 2024.

Dated: May 14, 2024

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE