# EXHIBIT 4

Search

**Post**

**Sarah Andersen** @SarahCAndersen

7:55 AM · Dec 23, 2015

52 9.4K 8.1K

Post your reply Reply

**Twirling Merry Book Princess** @Mehsi_Hime · Dec 23, 2015
@SarahCAndersen So recognizable!
1

**THUNDA SQUADRON UNCLE JOHN** @Uncle_J0hn · Dec 23, 2015
@SarahCAndersen @sarasaurrr
1

**Zoe Dunnett** @ZCDunnett · Mar 5, 2016
"@SarahCAndersen: " weekend working

## Relevant people

**Sarah Andersen** @SarahCAndersen Follow
Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫 Inquiries: sfishman@thegernertco.com

## What's happening

**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts

Sports · Trending
**#WWERaw**
Trending with Carlito

Trending in United States
**OpenAI**
134K posts

Universities · Trending
**UCLA**
15.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.





1

**Ophi!** @NataliaRH96 · Mar 31, 2016
@SarahCAndersen @GLSwadow

1

**Darren Kiely** @Darrenildinho · Feb 6, 2016
@SarahCAndersen @_SiobhanBrosnan this actually couldn't be more you..

1

**☀️ivonne🌙** @basicallyjm · Jan 2, 2016
@SarahCAndersen this is so me

3

**mc** @mc_sisti · Mar 23, 2016
@SarahCAndersen @_marie__b

1 1

**M** @Moh_MW · Feb 7, 2016
"@SarahCAndersen: " #KFUPM

1

**©** @celiaperrotte · Dec 26, 2015
@SarahCAndersen @MRosyme les révisions en paces 😭

1 1 1

**Damian Yerrick** 🫠 @PinoBatch · Dec 23, 2015
@SarahCAndersen TIP: Tie the front corners of the blanket behind your neck as a cloak to warm yourself while you start doing work.

**🇨🇦L. Faraday🇨🇦 💉 X 7 #IStandWithTrudeau 😷** @LFarada · Jan 2, 2016
@SarahCAndersen @riverlinesss That is so me on my days off. Good intentions, just don't always follow through. 😎😎😎

**Bile Ghoul #TransRightsAreHumanRights** @bpphantom · Sep 7, 2016
Put a laptop or tablet in front, and I'm very guilty as well.

**Cuerdeadas de un loco** @dam6877 · Dec 23, 2015
@SarahCAndersen every single day.......

**Martin Gillich （マーティン･ギリヒ）** @Magi1983 · Mar 22, 2016
.@SarahCAndersen OMG. That's me!!!

**Delli Belli** @delliebeli · Dec 24, 2015
@SarahCAndersen I am absolutely convinced you're receiving my thoughts through your cavity fillings -puts on tin foil beret-

**ouchie** @OUCHIExDAxEL1TE · Dec 23, 2015
@SarahCAndersen @DaithiDeNogla aww soo cute

**Rodney Jr** @KingDeadpool3_ · Dec 23, 2015
@SarahCAndersen @DaithiDeNogla true

## Relevant people

**Sarah Andersen** @SarahCAndersen
Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫 Inquiries: sfishman@thegernertco.com

## What's happening

**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts

Sports · Trending
**#WWERaw**
Trending with Carlito

Trending in United States
**OpenAI**
134K posts

Universities · Trending
**UCLA**
15.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

**CrEEpeRIsDaBomB** @c11cb721bad14ec · Dec 23, 2015
@SarahCAndersen thats how i am this month

**Relevant people**

**Sarah Andersen** @SarahCAndersen
Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫 Inquiries: sfishman@thegernertco.com

**What's happening**

**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts

Sports · Trending
**#WWERaw**
Trending with Carlito

Trending in United States
**OpenAI**
134K posts

Universities · Trending
**UCLA**
15.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

