# EXHIBIT 5

Sarah Andersen on X: "https://t.co/..." / X

Search

← Post

### Sarah Andersen ✓
@SarahCAndersen



7:30 AM · Feb 3, 2016

💬 122        🔁 7.9K        ❤️ 8.8K        🔖 8        ⬆️

Post your reply                                      Reply

**Nogla** ✓ @DaithiDeNogla · Feb 3, 2016
@SarahCAndersen @BereLuvsNewsies
💬 2        🔁 2        ❤️ 72        📊        🔖 ⬆️

**Musallam** @iLiderR10 · Apr 8, 2016
@SarahCAndersen @Shouqziz 😂😂
💬 1        🔁        ❤️        📊        🔖 ⬆️

**docxen** @docxen · Feb 3, 2016
@SarahCAndersen @gailcarriger dear miss andersen 1. your story is my
story also and 2. your comic broke me....BROKE ME...lol thank you
💬        🔁        ❤️        📊        🔖 ⬆️

**MisterZil** 🐻 @Zil_Zag · Feb 3, 2016
@SarahCAndersen @Bouletcorp @bernardpivot1 Il devrait aimer !
💬        🔁        ❤️        📊        🔖 ⬆️

**Steven Van de Velde** @Steven_vdv · Feb 5, 2016
@SarahCAndersen nice to see I'm not the only one :)
💬        🔁        ❤️        📊        🔖 ⬆️

**The Lipstick Papers** @LipstickThe · Feb 4, 2016
@SarahCAndersen @NewIslandBooks That's definitely me!
💬        🔁        ❤️        📊        🔖 ⬆️

💖**Riley**💖 @ohriley_ · Feb 3, 2016
@SarahCAndersen Meeeeeee
💬        🔁        ❤️        📊        🔖 ⬆️

**The Soho Agency** @TheSohoAgencyUK · Feb 3, 2016
@SarahCAndersen this is so, so true

## Relevant people



Sarah Andersen ✓
@SarahCAndersen                    Follow
Author of Sarah's Scribbles, FANGS,
and Cryptid Club she/her No NFTs 🚫
Inquiries: sfishman@thegernertco.com

## What's happening

**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts

Technology · Trending
**iOS 18**
45.7K posts

Music · Trending
**Nodal**
Trending with Cazzu

Korean music · Trending
**seokjin**
282K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

🔍 Search

@SarahCAndersen this is so, so true

💬    ♻️    ❤️ 3    📊    🔖 ⬆️

**Antonio Torrubia Rodríguez** @Toliol · Feb 4, 2016
La tira de Sarah's Scribbles (@SarahCAndersen) traducida al español.

¿A quién no le pasa esto?¿A quién no le gusta?



Fantascy and 9 others

💬 5    ♻️ 72    ❤️ 75    📊    🔖 ⬆️

**Jesse Sheidlower** @jessesheidlower · Feb 3, 2016
@SarahCAndersen Erasmus: 'When I have a little money, I buy books; and if I have any left, I buy food and clothes.'

💬 2    ♻️ 2    ❤️ 11    📊    🔖 ⬆️

**Raj** 🐝 @ClearHeatVision · Feb 3, 2016
@SarahCAndersen @SamanthaJo28 LOLOLOL i laughed out loud at that. That is awesome.

💬    ♻️    ❤️ 4    📊    🔖 ⬆️

🔻**Richard Estes, "From the River to the Sea"** @oshima · Aug 24, 2016
and I thought that I was the only one who lived this way

💬    ♻️    ❤️    📊    🔖 ⬆️

**Gerald Esq.** @MaziGerald · Mar 25, 2016
@SarahCAndersen @AishaSalaudeen Re : Thanks for the last set of books. When do I get another one? Care to receive some from me?

💬    ♻️    ❤️    📊    🔖 ⬆️

**ainsleytshoes** @ainsleytshoes · Mar 14, 2016
@SarahCAndersen this is really lovely

💬    ♻️    ❤️    📊    🔖 ⬆️

**More like Nikita GREATbyonkin** @brigstew86 · Feb 3, 2016
@SarahCAndersen @sunlightwarden This is incredible. Also very accurate.

💬    ♻️    ❤️ 1    📊    🔖 ⬆️

**Sam J. Miller** @sentencebender · Feb 3, 2016
@SarahCAndersen @ApexBookCompany pretty much

💬    ♻️    ❤️ 1    📊    🔖 ⬆️

**Laura Smith** @AwksLaz · Feb 3, 2016
@SarahCAndersen Yep. Every single time.

💬    ♻️    ❤️    📊    🔖 ⬆️

💐 **Maurice** 💐 @MauriceRuffin · Feb 5, 2016
@TimMacGabhann @SarahCAndersen man, so true!!

💬    ♻️    ❤️    📊    🔖 ⬆️

💐 **Maurice** 💐 @MauriceRuffin · Feb 5, 2016
@TimMacGabhann absolutely no such thing as an untoward amount of cranberries. And Norman and Joan didn't have hoverboards, friend.

💬    ♻️    ❤️ 1    📊    🔖 ⬆️

💐 **Maurice** 💐 @MauriceRuffin · Feb 5, 2016
@TimMacGabhann Bowie didn't take the glam life with him.

💬    ♻️    ❤️ 1    📊    🔖 ⬆️

👤

---

**Relevant people**



**Sarah Andersen** ✓
@SarahCAndersen
Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫 Inquiries: sfishman@thegernertco.com

**What's happening**



**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts

Technology · Trending
**iOS 18**
45.7K posts

Music · Trending
**Nodal**
Trending with  Cazzu

Korean music · Trending
**seokjin**
282K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2024 X Corp.

Sarah Andersen on X: "https://t.co/00n2u7X3vW" / X





## Relevant people

**Sarah Andersen** ✔
@SarahCAndersen

Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫 Inquiries: sfishman@thegernertco.com

## What's happening

**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts
···

Technology · Trending
**iOS 18**
45.7K posts
···

Music · Trending
**Nodal**
Trending with Cazzu
···

Korean music · Trending
**seokjin**
282K posts
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

