# EXHIBIT 6





Search

Post

**Sarah Andersen** @SarahCAndersen

7:32 AM · Oct 24, 2020

172 | 9.2K | 40K | 336

Post your reply

Reply

**Coni** @Coni_OW · Oct 24, 2020
I have a couple of friends like that! ❤️

**kathrin shawcross** @KathrinBomb · Oct 24, 2020
@SuperLaurenLove 😘
1 | 1

**DeathlyPhantom** @DeathlyPhantom · Oct 24, 2020
@literalplus 🤔
1 | 1

**Zailin P.** @MiZ11892 · Jul 20, 2022
@kai_7154
1 | 1

**catnapper57** @catnapper57 · Oct 24, 2020
Me too

1

**Meru** @Meruchor · Oct 24, 2020
@gataorka
1 | 1

**The Occult Unicorn** @OcculticUnicorn · Oct 24, 2020
@The_Mystic_Wolf

## Relevant people

**Sarah Andersen** @SarahCAndersen
Follow
Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫 Inquiries: sfishman@thegernertco.com

## What's happening

**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts

Technology · Trending
**iOS 18**
45.7K posts

Korean music · Trending
**seokjin**
282K posts

Music · Trending
**Nodal**
Trending with Cazzu

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

Accurate

1

aaa @yesnotea · Oct 24, 2020
@ramatear @Ikeenfly @mangosandchili @mangaro_5

2 1

At the Edge but I stay @Poronyos · Oct 24, 2020
I get Blocks for that. :,(

Sama Catboy UwU @CreatorSama · Oct 24, 2020
I'm still learning to people. :c

Boims 🟧 @kristianmeller · Oct 24, 2020
This is so very me 😭😁

2

Francisco Javier Martínez Araujo @aprenderformand · Oct 24, 2020
I love (spaming) you, hahahaha.

ScaryLatinWord @Scarylatinword · Oct 24, 2020
@cashisms ❤️

Héctor Jesús Rangel 🍉 @HectorJRan · Oct 24, 2020
@IckyJoe

1 1

Mariam Zaracho @mariamzaracho · Oct 24, 2020
@loueti ✨🤩

1 1

King Al 《they/them》 @witchwaytarot · Oct 24, 2020
@tellmeiamcools

Katherine Herleman @KatHerleman · Jul 10, 2022
Aww

lovebane @lovebane · Oct 24, 2020
Lol @DizDotTV @cabeGOD

1

Camila @_LittlePinkHoe · Oct 25, 2020
@XTEBANG

1

TessaQ @puppytessa1 · Oct 24, 2020
I don't want that kinda love😣 Feels like i'm being teased and mocked

3

**Relevant people**

Sarah Andersen @SarahCAndersen
Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫
Inquiries: sfishman@thegernertco.com

**What's happening**

Oilers at Panthers
NHL · 4 hours ago

Trending in United States
Enchanting
14.3K posts

Technology · Trending
iOS 18
45.7K posts

Korean music · Trending
seokjin
282K posts

Music · Trending
Nodal
Trending with Cazzu

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

## Relevant people

**Sarah Andersen**
@SarahCAndersen
Author of Sarah's Scribbles, FANGS, and Cryptid Club she/her No NFTs 🚫 Inquiries: sfishman@thegernertco.com

## What's happening

**Oilers at Panthers**
NHL · 4 hours ago

Trending in United States
**Enchanting**
14.3K posts

Technology · Trending
**iOS 18**
45.7K posts

Korean music · Trending
**seokjin**
282K posts

Music · Trending
**Nodal**
Trending with Cazzu

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2024 X Corp.









