# EXHIBIT 7



LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress General Collections contain a book entitled, *Chiggers; letters by Jason Azzopardi,* Hope Larson, call number PZ7.7. L37 Ch 2008– and the attached copies are true and accurate representation of that work.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on June 13, 2024.

Rosalina Delgado-Jones
Assistant Business Enterprises Officer
Office of Business Enterprises
Library of Congress



# chiggers

### hope larson

lettered by
jason azzopardi

ginee seo books   atheneum books for young readers
new york   london   toronto   sydney







Atheneum Books for Young Readers • An imprint of Simon & Schuster Children's Publishing Division • 1230 Avenue of the Americas, New York, New York 10020 • This book is a work of fiction. Any references to historical events, real people, or real locales are used fictitiously. Other names, characters, places, and incidents are products of the author's imagination, and any resemblance to actual events or locales or persons, living or dead, is entirely coincidental. • Copyright © 2008 by Hope Larson • All rights reserved, including the right of reproduction in whole or in part in any form. • Book design by Sonia Chaghatzbanian • The text for this book is handlettered. • The illustrations for this book are rendered in ink. • Manufactured in the United States of America • First Edition. • 10 9 8 7 6 5 4 3 2 1 • CIP data for this book is available from the Library of Congress. • ISBN-13: 978-1-4169-3584-1 ISBN-10: 1-4169-3584-3

200 800 9557





*for Marcella*
























4





















5



6



























7

















12

















13

14











15







## *Egyptian Rat Screw

**You will need:** A deck of cards with jokers removed, a sturdy table (or the floor), and two or more players.

**Objective:** The winner of ERS is the player who has succeeded in taking all the cards.

**The deal:** Players sit in a circle. The dealer shuffles the deck several times and deals it evenly among all players who pick up their stacks of cards without looking at them.

**Play:** The first player, seated to the left of the dealer, takes the card from the top of her deck and plays it without checking to see what it is. Play continues clockwise, each participant playing a card face-down. Kings, queens, or jacks) is played. In this case, the next player has a set number of chances to beat the face card: four chances for an ace, three for a king, two for a queen, and one for a jack.

- If she manages to play a face card, play passes to her left and the next player must try to beat it.
- If she doesn't, the player to her right takes the whole stack of cards and adds it to the bottom of her own.

If at any time two of the same card are played—if, for example, a 2 is played on top of a 2, or a jack is played on top of a jack—all players slap the cards, and the player who slaps first takes the stack. If you lost all your cards or weren't in the stack, though! If you do, you must pay the penalty: take the next card in your hand and place it, face up, on the bottom of the stack in play.


















22














23

24



25















26





27

28





















29



30



31

32



















33

34



35















38













39

40



41











42

















43

44















45



46











47

48



   













49

50



























51

52



Yeah.



He's my soulmate. You know?



I practically never get to text him or anything because it's too expensive and my stupid mom would spaz out.

I can't wait till Matt's eighteen and he can move to Florida. We'll be together all the time!





Grr!

At least you guys found each other, right?

Lately he's a jerk, though. He says there aren't any good schools in Florida. He wants to go to NYU.





What's it like having a boyfriend?



Um...

It SUCKS!



53

54



55





56













57

58





Yeah, that's all I meant.

No, you're really cool. I just thought you'd be more like Shasta.



You and her read the same fantasy books.



They're just for fun.



I wish Shasta'd get chiggers and go home. You have, like, the worst luck in bunkmates.





Lay off, Beth! I'm just trying to be nice to her.

It's not like I'm talking about you!

Okay, calm down!



She's so stuck up, and she's always wearing that stupid do-rag. And she's such a liar! I bet she's lying about being hit by lightning, and there's no way she's part Cherokee.

59









Ha

96


















97

68



69











74





75

76













77

















82





Do you know that after they guillotined people in the French Revolution, the heads in the baskets would talk to each other?

Shut up, Zoe!



When morning came, they blindfolded him and dragged him out into the meadow and tied him to a tree. And then—

BANG!

They shot off his head with a cannon.





His head went flying off and fell in the bushes, and they couldn't find it.

giggle

snicker





That night, the soldiers were sitting around the campfire when they saw a light in the distance, bobbing slowly up and down, like a lantern. It came closer, but they couldn't see who was carrying it, so they called him over to the fire.

The man came closer and closer, and the lantern went up and down, up and down, but he didn't say anything, and the soldiers started to get scared.

83























86








87















92











93



94























95

96





















97

























102

103

104









105







106



107



108

















109

110





111





















114

















115

116



























117

118





















119

120













121

122



























123



126















127

























130



















131



He's a good guy, and an awesome DM. Did I tell you how he invented two whole worlds?





So what should I tell him? That you like him back?

NOD



He also wants you to know that, uh, "will o' the wisps are attracted to areas with high amounts of electrical charge," whatever that means. I'm sure he meant it to be charming.



Hey, Zoë... Have you seen Shasta?

Not lately. Maybe she's showering?





She isn't back yet?

134













135

136





137











140









141

142













143

144







145













152












153





156





















157







160















161

162





















163

164



165



166

Then camp ended.





The first car in line was my parents', of course, but it's better to leave early, before everyone gets sick of saying good-bye.

HONK!



Have a great summer! What's left of it.

Promise you'll write! And don't forget about the Three Musketeers.

I'll write you so many letters, Beth! Remember to send me a CD of your songs.



Hi! Sorry!



Write me as soon as you get home! You have to tell me about school and ... and every-thing! And your new campaign!



kiss

real real real real real real real real



Thanks for being such a great friend, Rose.



167

168

















169

170





For a while I used Sharla's bandana
as a bookmark.
I don't know where it went
after that.



LC CIP
0 023 921 965 A

nope larson     Cubbert     atheneum

PZ 7
.7
.L37
Ch
2008
Copy 1

FT MEADE
GenColl