UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jingna Zhang, et. al., | CASE No C 5:24-cv-02531-EKL |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Google LLC, et al., | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 12, 2024          /s/ John Janhunen
                                                     Party

Date: September 12, 2024          /s/ David H. Kramer
                                                     Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: September 12, 2024          /s/ David H. Kramer
                                                     Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, David H. Kramer, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that John Janhunen has concurred in this filing.

Dated:  September 12, 2024    WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation

   By:  */s/ David H. Kramer*
         David H. Kramer