1  [Counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Jill Leovy,<br><br>   Individual and Representative Plaintiff,<br><br>   v.<br><br>Google LLC,<br><br>   Defendant. | Case No. 5:23-cv-03440-EKL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES**<br><br>Judge: Hon. Eumi K. Lee<br><br>Complaint Filed: July 11, 2023<br>FAC Filed: January 5, 2024<br>SAC Filed: June 27, 2024 |
| Jingna Zhang, Sarah Andersen, Hope Larson, and Jessica Fink,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>Google LLC and Alphabet Inc.,<br><br>   Defendants. | Case No. 5:24-cv-02531-EKL<br><br>**RELATED CASE**<br><br>Judge: Hon. Eumi K. Lee<br><br>Complaint Filed: April 26, 2024 |

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 3-12(a), Plaintiffs Jill Leovy, Jingna Zhang, Sarah Andersen, Hope Larson, and Jessica Fink, and Defendants Google LLC and Alphabet Inc. jointly request that the above captioned actions (the "Actions") be related and consolidated for all pretrial and trial proceedings. The parties, by and through their undersigned counsel, stipulate as follows:

1. WHEREAS, Plaintiff Jill Leovy and others filed a Class-Action Complaint (*Leovy* Dkt. 1) on July 11, 2023, against Defendant Google LLC ("Google") in *Leovy et al. v. Google LLC*, Case No. 5:23-cv-03440-EKL (N.D. Cal. July 11, 2023) (the "*Leovy* Action");

2. WHEREAS, the *Leovy* Plaintiffs filed a First Amended Complaint against Google on January 5, 2024 (*Leovy* Dkt. 28);

3. WHEREAS, Defendant Google moved to dismiss the *Leovy* Plaintiffs' First Amended Complaint on February 9, 2024 (*Leovy* Dkt. 33);

4. WHEREAS, on April 26, 2024, Plaintiffs Jingna Zhang, Sarah Andersen, Hope Larson, and Jessica Fink filed a Class Action Complaint against Defendants Google and Alphabet Inc. ("Alphabet") in *Zhang et al. v. Google LLC et al.*, Case No. 5:24-cv-02531-EKL (N.D. Cal. April 26, 2024) (the "*Zhang* Action");

5. WHEREAS, on May 31, 2024, Google filed an administrative motion to consider whether the *Leovy* Action should be related to the *Zhang* Action (*Leovy* Dkt. 42);

6. WHEREAS, on June 6, 2024, Judge Martínez-Olguín granted Google's motion to dismiss the *Leovy* Plaintiffs' First Amended Complaint with leave to amend and denied without prejudice Google's administrative motion to consider whether the actions should be related (*Leovy* Dkt. 46);

7. WHEREAS, on June 20, 2024, Defendants Google and Alphabet moved to dismiss the *Zhang* Complaint (*Zhang* Dkt. 24);

8. WHEREAS, in *Leovy*, Plaintiff Leovy filed a Second Amended Complaint against Defendant Google on June 27, 2024 (*Leovy* Dkt. 47);

9. WHEREAS, Google renewed its administrative motion to consider whether the *Leovy* Action should be related to the *Zhang* Action on July 11, 2024 (*Leovy* Dkt. 49) and Judge Martínez-Olguín granted that motion on July 23, 2024 (*Leovy* Dkt. 51; *Zhang* Dkt. 28);

1     10.     WHEREAS, on July 29, 2024, Google moved to dismiss Plaintiff Leovy's Second
2 Amended Complaint (*Leovy* Dkt. 55);

3     11.     WHEREAS, the parties in the *Leovy* Action and the *Zhang* Action are scheduled to present
4 oral arguments on Defendants' motions to dismiss the Second Amended Complaint in the *Leovy* Action
5 and the Complaint in the *Zhang* Action on December 18, 2024 (*Leovy* Dkt. 64; *Zhang* Dkt. 46);

6     12.     WHEREAS, on October 9, 2024, Defendants moved to consolidate the *Leovy* Action and
7 the *Zhang* Action (*Leovy* Dkt. 70; *Zhang* Dkt. 49);

8     13.     WHEREAS, Plaintiffs in the *Leovy* Action and the *Zhang* Action have each met and
9 conferred with Defendants pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (*Leovy* Dkt. 63;
10 *Zhang* Dkt. 45);

11     14.     WHEREAS, the parties agree that consolidation of the Actions will advance the just and
12 efficient progress of this litigation, reduce case duplication, conserve Court time and resources, avoid the
13 need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and
14 money for all parties involved, *see* Fed. R. Civ. P. 42(a);

15     15.     WHEREAS, the parties have conferred and agreed that going forward, the *Leovy* Action
16 and the *Zhang* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a).

17     NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree
18 that, subject to the approval of the Court,

19     1.     the *Leovy* Action and the *Zhang* Action shall be consolidated for all purposes under
20         Federal Rule of Civil Procedure 42(a);

21     2.     Google and Alphabet's motion to consolidate the *Leovy* Action and the *Zhang*
22         Action (*Leovy* Dkt. 70; *Zhang* Dkt. 49) is denied as moot; and

23     3.     the parties will meet and confer to address the conduct of the consolidated case
24         going forward and will, within 10 days of this joint stipulation, submit an additional proposal or
25         additional proposals to the Court.

26
27

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: October 25, 2024 | By: */s/Joseph R. Saveri*<br>Joseph R. Saveri (SBN 130064) |
| 3 | Christopher K.L. Young (SBN 318371)<br>Elissa A. Buchanan (SBN 249996) |
| 4 | Evan Creutz (SBN 349728) |
| 5 | **JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505 |
| 6 | San Francisco, California 94108<br>Telephone: (415) 500-6800 |
| 7 | Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com |
| 8 | cyoung@saverilawfirm.com<br>eabuchanan@saverilawfirm.com |
| 9 | ecreutz@saverilawfirm.com |
| 10 | Matthew Butterick (SBN 250953) |
| 11 | 1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027 |
| 12 | Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940 |
| 13 | mb@butterickllaw.com |
| 14 | Brian D. Clark (admitted *pro hac vice*) |
| 15 | Laura M. Matson (admitted *pro hac vice*)<br>Arielle Wagner (admitted *pro hac vice*) |
| 16 | Eura Chang (admitted *pro hac vice*) |
| 17 | **LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200 |
| 18 | Minneapolis, MN 55401<br>Telephone:  (612)339-6900 |
| 19 | Facsimile:   (612)339-0981<br>bdclark@locklaw.com |
| 20 | lmmatson@locklaw.com |
| 21 | aswagner@locklaw.com<br>echang@locklaw.com |
| 22 | |
| 23 | *Attorneys for Plaintiffs and the Proposed Class in the Zhang Action* |
| 24  Dated: October 25, 2024 | */s/Ryan J. Clarkson* |
| 25 | Ryan J. Clarkson (SBN 257074)<br>Yana Hart (SBN 306499) |
| 26 | Tiara Avaness (SBN 343928)<br>**CLARKSON LAW FIRM, P.C.** |
| 27 | 22525 Pacific Coast Highway<br>Malibu, CA 90265 |

Case No. 5:23-cv-03440-EKL                              3
Case No. 5:24-cv-02531-EKL

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES

|   |   |
|---|---|
| 1 | Telephone:    213-788-4050<br>rclarkson@clarksonlawfirm.com<br>yhart@clarksonlawfirm.com |
| 2 | |
| 3 | Tracey Cowan (SBN 250053)<br>**CLARKSON LAW FIRM, P.C.** |
| 4 | 95 Third Street, Second Floor<br>San Francisco, CA 94103 |
| 5 | Tel. (213) 788-4050<br>tcowan@clarksonlawfirm.com |
| 6 | |
| 7 | Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909) |
| 8 | Joshua D. Samra (SBN 313050)<br>**BLEICHMAR FONTI & AULD LLP** |
| 9 | 1330 Broadway, Suite 630<br>Oakland, CA 94612 |
| 10 | Tel. (415) 445-4003 |
| 11 | lweaver@bfalaw.com<br>adavis@bfalaw.com |
| 12 | jsamra@bfalaw.com |
| 13 | *Attorneys for Plaintiff and the Proposed Class in* |
| 14 | *in the Leovy Action* |
| 15 | Dated: October 25, 2024           Respectfully Submitted, |
| 16 | |
| 17 | By:  */s/ David H. Kramer*<br>David H. Kramer (SBN 168452) |
| 18 | Maura L. Rees (SBN 191698)<br>**WILSON SONSINI GOODRICH &** |
| 19 | **ROSATI P.C.**<br>650 Page Mill Road |
| 20 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 21 | dkramer@wsgr.com<br>mrees@wsgr.com |
| 22 | |
| 23 | Eric P. Tuttle (SBN 248440)<br>**WILSON SONSINI GOODRICH &** |
| 24 | **ROSATI P.C.**<br>701 Fifth Avenue, Suite 5100 |
| 25 | Seattle, WA 98104-7036<br>Telephone: (206) 883-2500 |
| 26 | Eric.tuttle@wsgr.com |
| 27 | *Attorneys for Defendants Google LLC and Alphabet Inc.* |
| 28 | |

Case No. 5:23-cv-03440-EKL                    4
Case No. 5:24-cv-02531-EKL

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES

**[~~PROPOSED~~] ORDER**

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated:  October 28, 2024

_____
The Honorable Eumi K. Lee
U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: October 25, 2024                                             /s/*Joseph R. Saveri*
                                                                                     Joseph R. Saveri